UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:19CR70WHR |
| | : |
| Plaintiff, | : **MOTION TO CONTINUE SENTENCING** |
| | : **HEARING** |
| vs. | : |
| | : |
| **JAMES ALFRED MAYHUGH,** | : |
| | : |
| Defendant. | : |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves the Court to continue the sentencing hearing currently scheduled for August 19, 2019. The United States requires additional time to prepare for this matter. The United States therefore respectfully requests that the Court grant this motion to continue and reset this hearing to a new date.

DATED: August 12, 2019          Respectfully submitted,

                                                  BENJAMIN C. GLASSMAN
                                                UNITED STATES ATTORNEY

                                                s/ Brent Tabacchi
                                                BRENT G. TABACCHI (6276029 IL)
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff
                                                602 Federal Building
                                                200 West Second Street
                                                Dayton, OH  45402
                                                brent.tabacchi@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on August 12, 2019, a copy of the foregoing was served on defendant's counsel via the Court's ECF system.

                                      <u>s/Brent G. Tabacchi       </u>
                                      BRENT G. TABACCHI
                                      Assistant United States Attorney